TOLEDO BAR ASSOCIATION *v.* MERILLAT.

[Cite as Toledo Bar Assn. *v.* Merillat (1988), 40 Ohio St. 3d 608.]

(No. D.D. 81-22—Submitted December 20, 1988—Decided December 30, 1988.)

The petition for reinstatement to the practice of law is granted. Paul C. Merillat is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1981], 68 Ohio St. 2d 146, 22 O.O. 3d 382, 429 N.E. 2d 158.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.